JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH EDWARD MACE, an individual; and TOWN & COUNTRY MOVING AND STORAGE, INC., a California Corporation<br><br>　　　　　　　　Plaintiff(s),<br><br>　vs.<br><br>J.P. Morgan Chase N.A. d/b/a CHASE, a Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendant(s). | Case No.: 2:22-CV-03431-PA-PVCx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Percy Anderson |

Having considered the Stipulation of Dismissal entered into by Plaintiffs and Defendant, and good cause having been shown, IT IS HEREBY ORDERED AND DECREED that:

(1) This action shall be dismissed in its entirety, with prejudice; and

(2) Each Party shall bear its own attorneys' fees, costs, and other expenses associated with this matter.

**IT IS SO ORDERED.**

DATED: February 22, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**PERCY ANDERSON**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**